**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | |
| | ) | |
| **CUBAN WINDOW CAFÉ MOBILE LLC,** | ) | |
| | ) | |
| | ) | **CHAPTER 7 CASE NO.:** |
| | ) | **22-40180-EJC** |
| **DEBTOR.** | ) | |

**TRUSTEE'S AMENDED APPLICATION FOR AUTHORIZATION TO PAY WENDY A. OWENS FOR PROFESSIONAL SERVICES AND EXPENSES AS ATTORNEY FOR THE TRUSTEE**

**TO: THE HONORABLE EDWARD J. COLEMAN, III, JUDGE, UNITED STATES BANKRUPTCY COURT**

**COMES NOW**, Wendy A. Owens, prays the Court for approval to pay Wendy A. Owens, Esq., attorney's fees in the amount of $2448.50, for legal services rendered as attorney for the trustee, and reimbursement of expenses incurred in the amount of $0.00, in addition to compensation for her associate in the amount of $0.00. In support of this application, applicant attaches hereto and makes part hereof an itemized statement of services rendered by Wendy A. Owens, Esq., following her employment pursuant to this Court's order dated May 11, 2022 and filed May 11, 2022 (Doc No. 15).

**WHEREFORE**, Wendy A. Owens prays that she be allowed reasonable attorney's fees of $2448.50 to be pay to Wendy A. Owens, plus reimbursement of expenses in the amount of $0.00, and compensation for her associate, in the amount of $0.00, and for such other relief as is just and proper.

**Dated this the 20th day of September, 2022.**

/s/ Wendy A. Owens
WENDY A. OWENS, Trustee/Petitioner

Prepared by:
Wendy A. Owens, Esq.
GA BAR No. 557809
Chapter 7 Trustee
PO Box 8846
Savannah, GA 31412
trustee@coastalempirelaw.com

Law Office of
Wendy A. Owens, P.C.

September 17, 2022

Cuban Window Café Mobile LLC Matter/ 22-40180-EJC
Litigation Invoice

5/5/2022
Draft and file through ECF Application to Employ Attorney. Draft and file Application to Employ Sales Agent. .7

6/27/2022
Conference with accountant and draft application to employ accountant. .3

7/2/2022
Review and respond to correspondence claiming mechanic charges and informal allegations and draft correspondence to Debtor and Debtor's counsel regarding same. 1.1

7/12/2022
Draft Application to Sell Personal Property and proposed order and file through ECF. Review and respond to correspondence from Mark Tate and Robert Kutchey regarding proposed objection to proof of claim and needed documentation for amount of claim. 2.2

8/5/2022
Draft correspondence to Mark Tate, counsel for DC Enterprises, regarding resolution to objection for proof of claim. .6

8/8/2022
Conference with accountant, revise application and file through ECF. .3

8/17/2022
Preparation and attendance for hearing for sale of food truck. Review and respond to correspondence from creditor counsel, DC Enterprises, regarding same. 1.4

8/28/2022
Review and respond to correspondence regarding alleged mechanic expenses and draft formal correspondence denying the right to any monies and the reservation of rights of the trustee to pursue damages for the intentional acts of the mechanic. (1.1) Draft and file Report of Sale (.6).
1.7

Law Office of
Wendy A. Owens, P.C.

| | |
|---|---|
| Total (8.3 hrs/$295/hr) | |
| Total | $2448.50 |
| Total Amount Due: | $2448.50 |

Tel: 912-210-0901 Fax: 912-239-9777 www.coastalempirelaw.com 111 E. Oglethorpe Ave, Savannah, GA 31401

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | |
| | ) | |
| **CUBAN WINDOW CAFÉ MOBILE LLC,** | ) | |
| | ) | |
| | ) | **CHAPTER 7 CASE NO.:** |
| | ) | **22-40180-EJC** |
| **DEBTOR.** | ) | |

**ORDER AUTHORIZING PAYMENT OF TRUSTEE'S APPLICATION**
**TO PAY WENDY A. OWENS PROFESSIONAL SERVICES AND EXPENSES**

The Trustee's Application for Authorization to pay Wendy A. Owens, Esq. for Professional Services and Expenses as Attorney for the Trustee having been considered.

IT IS HEREBY ORDERED that the Trustee's Application for Authorization to pay Wendy A. Owens for Professional Services and Expenses as Attorney for the Trustee is approved and the Trustee is hereby authorized to pay Wendy A. Owens, legal services in the amount of $2448.50 and expenses in the sum of $0.00.

.

**END OF DOCUMENT**

Prepared by:

/s/ Wendy A. Owens
Wendy A. Owens
Georgia Bar No. 557809
P.O. Box 8846
Savannah, Georgia 31412
(912) 210-0901
trustee@coastalempirelaw.com