# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Cuban Window Cafe Mobile LLC,**<br>    Debtor. | Case No.:  22–40180–EJC<br>Judge:  Edward J. Coleman III<br>Chapter:  7 |

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

Wendy A. Owens is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and the case of the above debtor is closed.

> Edward J. Coleman III,
> United States Bankruptcy Judge
> 124 Barnard Street, 2nd Floor
> P.O. Box 8347
> Savannah, GA 31412

Dated: April 24, 2023

*B272 [07/14]* **LLE**